RORY C. QUINTANA (SBN: 258747)
rory@qhplaw.com
QUINTANA HANAFI, LLP
870 Market St., Ste. 819
San Francisco, CA 94102
Telephone: (415) 504-3121
Fax: (415) 233-8770

Attorneys for Plaintiff
HEIDI FARRARA

TALIA L. DELANOY  (SBN: 239973)
tdelanoy@grsm.com
ANNETTE L. ROSE  (SBN: 311274)
arose@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
3 Park Center Drive, Ste. 200
Sacramento, CA 95825
Telephone:  (916) 830-6531
Facsimile:  (916) 920-4402

Attorneys for Defendant
DAY MANAGEMENT CORPORATION dba DAY WIRELESS SYSTEMS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI FARRARA, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>DAY WIRELESS SYSTEMS an Oregon corporation, inclusive,<br><br>    Defendants. | CASE NO. 2:20-cv-01157-TLN-DMC<br><br>**ORDER GRANTING JOINT REQUEST TO MODIFY SCHEDULING ORDER**<br><br>Complaint filed June 9, 2020 |

On March 9, 2021, the Parties filed a Joint Request to Modify the Scheduling Order (Document 15) requesting modification of the initial Scheduling Order (Document 3) issued on June 9, 2020, by U.S. District Court Judge Troy L. Nunley. The Parties presented the following good cause in support of their request to modify the scheduling order:

1. On or about June 9, 2020, the Initial Pretrial Scheduling Order became order of the Court by Judge Troy Nunley [Dkt. 3].

2. On or about October 1, 2020, the Court issued a Minute Order advising the Parties to submit any request to modify the Court's Initial Pretrial Scheduling Order through a Joint Stipulation with specific deadlines [Dkt. 12].

3. After Judge Nunley issued the scheduling order, the Parties moved forward with written and oral discovery. However, the Parties' ability to complete necessary discovery has been hampered and delayed by the COVID-19 pandemic, in particular, there has been significant delay in receiving records from third-party medical care providers.

4. While the Parties have been diligent in pursuing discovery, they will be unable to complete discovery by the present deadlines as ordered in the Initial Pretrial Scheduling Order.

5. The parties proposed the following schedule:

| Matter | Current Date | Continued Date |
|---|---|---|
| Non-Expert Discovery Cutoff | April 5, 2021 | **July 6, 2021** |
| Expert Witness Disclosure | June 4, 2021 | **September 2, 2021** |
| Rebuttal Expert Witness Disclosure | July 6, 2021 | **November 3, 2021** |
| Supplemental Disclosures and responses (including expert supplemental materials) | September 4, 2021 | **December 3, 2021** |
| Dispositive Motion Deadline | October 4, 2021 | **February 3, 2022** |

6. The Parties agreed that additional time is needed to complete discovery and expert discovery and that the requested continue is in the best interest of all Parties, and will not unduly prejudice any Party.

**IT IS SO ORDERED.**

Dated: March 10, 2021

Troy L. Nunley
United States District Judge

Order Granting Joint Request to Modify Scheduling Order (FRCP Rule 16)
2:20-cv-01157-TLN-DMC